In the Matter of JOSEPH F. STILLMAN et al., Respondents, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants.

(Submitted May 28, 1928; decided June 5, 1928.)

Motions to amend remittiturs denied.   (See 247 N. Y. 599.)

HENRY D. SAYER, as Industrial Commissioner of the State of New York, Respondent, *v.* GERARDUS M. WYNKOOP, Appellant.

(Submitted May 28, 1928; decided June 5, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 248 N. Y. 54.)

AUGUSTUS S. HOUGHTON et al., Appellants and Respondents, *v.* HECTOR W. THOMAS et al., Respondents, and HARRY W. MACK, Appellant, Impleaded with Another.

(Submitted May 28, 1928; decided June 5, 1928.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 248 N. Y. 523.)